

MONTANA FIRST JUDICIAL DISTRICT COURT
LEWIS AND CLARK COUNTY

ANGIE SPARKS
CLERK DISTRICT COURT

2017 DEC -6 AM 9:15

FILED
BY _____
Deputy

| | |
|---|---|
| STATE OF MONTANA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. ADV-2017-949 |
| | ) CV-18-33-H-SEH |
| PURDUE PHARMA L.P., PURDUE | ) ORDER GRANTING STATE'S MOTION |
| PHARMA, INC., THE PURDUE | ) TO FILE COMPLAINT UNDER SEAL |
| FREDERICK COMPANY, and RHODES | ) |
| PHARMACEUTICALS L.P., and JANE | ) |
| DOES 1-10 | ) |
| Defendants. | ) |

FILED
MAR 06 2018
Clerk, U.S. District Court
District Of Montana
Helena

Upon consideration of the Plaintiff's Motion to File Complaint Under Seal and good cause appearing,

IT IS ORDERED that the State is granted leave to file its Unredacted Complaint in the above-captioned matter under seal.

IT IS FURTHER ORDERED that the State is provided leave to unseal the Unredacted Complaint when information therein that was redacted as confidential may be treated as non-confidential according to the terms of the Confidentiality Agreements with the Defendant Purdue Pharma L.P.

The Clerk shall file the Complaint submitted herein sealed.

DATED this 4th day of, December, 2017.

_____
District Court Judge

c: Timothy C. Fox, Montana Attorney General