


MONTANA FIRST JUDICIAL DISTRICT COURT
LEWIS AND CLARK COUNTY

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No. ADV-2017-949 |
| | ) | CV-18-33-H-SEH |
| PURDUE PHARMA L.P., PURDUE | ) | ORDER GRANTING STATE'S MOTION |
| PHARMA, INC., THE PURDUE | ) | TO FILE FIRST AMENDED |
| FREDERICK COMPANY, and | ) | COMPLAINT UNDER SEAL |
| JANE DOES 1-10 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

FILED
MAR 0 6 2018
Clerk, U.S. District Court
District Of Montana
Helena

Upon consideration of the Plaintiff State's Motion to File First Amended Complaint Under Seal and good cause appearing,

IT IS ORDERED that the State is granted leave to file its Unredacted First Amended Complaint in the above-captioned matter under seal.

IT IS FURTHER ORDERED that the State is provided leave to unseal the Unredacted First Amended Complaint when information therein that was redacted as confidential may be treated as non-confidential according to the terms of the Confidentiality Agreements with the Defendant Purdue Pharma L.P.

The Clerk shall file the First Amended Complaint submitted herein sealed.

DATED the 31st day of __January__, 2018.

_____
District Court Judge

c:  Timothy C. Fox, Montana Attorney General
    Mr. William Mercer